UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

825117
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for HOME POINT FINANCIAL
CORPORATION

**Order Filed on July 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOHN MURPHY

Debtor

Case No.: 18-25956 - VFP

Hearing Date: 07/18/2019 @ 10:00 am

Judge: Vincent F. Papalia

Chapter: 13

---

Recommended Local Form:  ☒ Followed  ☐ Modified

## ORDER VACATING STAY AND CO-DEBTOR STAY

____ The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 29, 2019**

_____

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of HOME POINT FINANCIAL CORPORATION, under Bankruptcy

Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth,

and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or

resume and prosecute to conclusion one or more actions in the court(s) of appropriate

jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

35 GARSIDE PLACE, TOWNSHIP OF CLARK, NJ 07066

It is further ORDERED that the movant, its successors or assignees, may proceed with its

rights and remedies under the terms of the subject mortgage and pursue its state court remedies

including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing

other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or

deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's

assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:


It is further **ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as

to the co-debtor, JAMES G MURPHY and ANN MARIE GOLEMBIEWSKI, to permit HOME

POINT FINANCIAL CORPORATION to pursue its rights in the real property described above and

as to the co-debtor, JAMES G MURPHY and ANN MARIE GOLEMBIEWSKI.

It is further **ORDERED** that the movant may join the debtor and any trustee

appointed in this case as defendants in its action(s) irrespective of any conversion to any other

chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*